UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____DIVISION

PETER P. YENDLURI

4705 TRIBeca Lane #2103

Plano- Texas-75024

Name of Plaintiff(s)

Case Number: 4:24CV1120 ALM/BD

**FILED**

DEC 1 9 2024

Clerk, U.S. District Court
Eastern District of Texas

vs

COGnizANT INC

211 QuaLity CiR

College Station , TX 77845

Name of Defendant(s)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, PETER P YENDLURI , is a citizen of the United States
   (name of plaintiff)

and resides at 4705 TBIBeca LANE , PLANO ,
                    (street address)                    (city)

Collin , Texas , 75024 , Home 972-292-9609 . Mobil 281-386-
(county)        (state)    (zip)    (telephone)
                                              Mobil 281-386-5730

3..  Defendant, _Danielle Curry / MARK  HR Director._, resides at, or its business is
(name of defendant)

located at _8383  Dominion Pkwy #556_, _Plano_,
(street address)                                                (city)

_Collin_, _Texas_, _75024_, _469-604-0002_.
(county)       (state)       (zip)       (telephone)

4.  Plaintiff sought employment from the defendant or was employed by the defendant

at _211 Quality Cir_, _College Station_,
(street address)                                             (city)

_____, _TX_, _77845_.
(county)       (state)       (zip)

5.  Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about _Jan 01 19 2024_.
(month, day, year)

6.  Plaintiff filed charges against the defendant with the Equal Employment Opportunity
Commission charging defendant with the acts of discrimination indicated in paragraphs
9 and 10 of this complaint on or about _09  13-2024_.
(month, day,  year)

7.  The Equal Employment Commission issued a Notice of Right to Sue which was
received by plaintiff on _09-24-2024_.
(month day, year)

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

(4) _____ national origin, defendant:

a. ✓ failed to employ plaintiff.

b. _____ terminated plaintiff's employment.

c. _____ failed to promote plaintiff.

d. _____ Other Seperted From the Employer
Which is CogiZANT Technology,
Reason, not uploaded ProFile to the Coginzamt Portal.

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

I'm only Christian Employee, to the Cogizant team, working in the Plano Location. Location, I have been working with CTS INC More than 18 Months, I was hired as a Sr Project Manager, and the Engaged me different Job responsibiluty, which is not related to my title. Employer forced me to work on that Job.
Their is Retalion happen to me,
I was working three shift for Coginzont, They never paid my night allowenced, which is Promised me, during the hering Prouss. I never got Paid the during nighte shift. They violeted the labor law as well. Now they Stopped my Paychecks, and health Benef through CTS Technology INC. I'm Sueing $100 Million Dollar From Employers CTS Coginzant Technoley INC

10. The acts set forth in paragraph 9 of this complaint:

    a. ___✓___ are still being committed by defendant.

    b. _____ are no longer being committed by defendant.

    c. _____ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. _____ Defendant be directed to employ plaintiff.

    b. ___✓___ Defendant be directed to re-employ plaintiff.

    c. _____ Defendant be directed to promote plaintiff.

    d. ___✓___ Defendant be directed to _Peter P Yendluri_ *Plaintiff.* and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

12-19-2024